**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARCUS JONES, pleading on his own behalf and on behalf of all other similarly situated consumers,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**CREDIT CONTROL, LLC,**<br><br>       **Defendant.** | Civil Action No.: 5:18-cv-03882-JFL |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs.

| | |
|---|---|
| Zemel Law LLC<br>Attorney for Plaintiff | Maurice Wutscher, LLP<br>Attorneys for Defendant |
| **/s/ Daniel Zemel**<br>Daniel Zemel, Esq.<br>1373 Broad Street, Suite 203-C<br>Clifton, NJ 07013<br>(862) 227-3106 | **/s/ Thomas R. Dominczyk**<br>Thomas R. Dominczyk, Esq.<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ 08822<br>(908) 237-4550 |
| Dated: June 14, 2019 | Dated: June 14, 2019 |

And now, this _____ day of _____, the above Stipulation is approved:

_____